## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALINA SWERET,** | : | **No. 3:16cv424** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **BUSHKILL GROUP, INC.,** | : | |
| **Defendant** | : | |

### ORDER OF DISMISSAL

**AND NOW**, to wit, this 28th day of November 2016, upon notice to the Court that this case is settled (Doc. 19), it is hereby **ORDERED** that this case is **DISMISSED** without costs.  The parties will have sixty (60) days in which to consummate the settlement.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court